**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 97-50971**
_____


**BETTY A. WILSON,**

**Plaintiff-Appellee,**

**versus**

**GALEN HOSPITAL CORPORATION, formerly known as
Humana Village Oaks, doing business as
Village Oaks Medical Center;
COLUMBIA/HCA HEALTH CARE CORPORATION OF CENTRAL TEXAS,**

**Defendants-Appellants.**

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-95-CV-737)
_____

August 20, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Having considered this appeal in light of the briefs and
pertinent portions of the record, we find no reversible error of
fact or law.  The judgment of the district court is **AFFIRMED**.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.